UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on
**7/16/2013**
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.: _____

Adv. No.: _____

Judge: _____

Plaintiff(s)

v.

Defendant(s)

## ORDER TO FILE SETTLEMENT DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 7/16/2013**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having been advised that the above referenced adversary proceeding has been settled between the plaintiff(s) and _____

_____,

and for good cause shown, it is

ORDERED, that if the Court does not receive the appropriate settlement document(s) within 30 days of the date of this order, the matter may be:

❏     dismissed in its entirety and the case may be closed without further order of the Court.

❏     dismissed as to the above named parties without further order of the Court.

*rev. 8/1/07*

*Approved by Judge Kathryn C. Ferguson July 16, 2013*